IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00555-BNB

ABDELFATAH AIT AMMI,

    Plaintiff,

v.

CRAIG E. CHESSON, and
PAUL OSINCUP,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2009

GREGORY C. LANGHAM
                CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Commence Lawsuit Without Prepayment of $350 Fee" filed on May 22, 2009, is DENIED.

Dated: May 26, 2009

Copies of this Minute Order mailed on May 26, 2009, to the following:

Abdelfatah Ait Ammi
Prisoner No. A0256012
Aurora/ICE Processing Center
11901 E. 30th Ave.
Aurora, CO 80010

                              Secretary/Deputy Clerk